# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:          October 16, 2015

Case Number:   03-15-00495-CV
Trial Court No.: D-1-DC-14-205610

Style:         Ronald D. Patton v. The State of Texas

RECEIVED
OCT 27 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

---

The enclosed opinion and judgment were sent this date to the following persons:

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

The Honorable Karen Sage
Judge, 299th District Court
Travis County Courthouse
P.O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX  78711
* DELIVERED VIA E-MAIL *

Mr. Ronald D. Patton
# 1438891
Travis County Correctional
3614 Bill Price Road
Del Valle, TX  78617

The Honorable Rosemary Lehmberg
District Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX  78626
* DELIVERED VIA E-MAIL *

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 16, 2015

### NO. 03-15-00495-CV

**Ronald D. Patton, Appellant**

v.

**The State of Texas, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00495-CV

**Ronald D. Patton, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-14-205610, HONORABLE KAREN SAGE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Ronald D. Patton, an inmate appearing pro se, has filed a notice of "appeal to recover property loss." However, based on the information provided in Patton's notice, it does not appear that Patton first sought relief in the trial court and that he now seeks to appeal a final judgment.

Unless a statute authorizes an interlocutory appeal, the jurisdiction of this Court is limited to the review of final judgments. Tex. Civ. Prac. & Rem. Code §§ 51.12, 51.014; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). After reviewing Patton's notice of appeal, the clerk of this Court notified Patton that it appeared that the Court lacked jurisdiction to consider his appeal. The clerk requested that Patton respond in writing to explain why this Court has jurisdiction over his appeal and informed Patton that his appeal would be subject to dismissal if he did not respond by August 17, 2015.



# COURT OF APPEALS

### THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 OCT 16 2015

RECEIVED
OCT 2 7 2015
THIRD COURT OF...
JEFFREY D...

**Probation**

RETURN TO SENDER
[] NEED BOOKING #/DOB
[] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED-NO RETURN ADDRESS

MR. RONALD D. PATTON
# 1438891
TRAVIS COUNTY CORRECTIONAL
3614 BI...
DEL VA...



NIXIE      787     DE 1270         0010/22/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 78711254747        *0893-08829-22-11

42   HQT-8538@7861